SCHIFF HARDIN LLP
SARAH D. YOUNGBLOOD (CSB No. 244304)
*syoungblood@schiffhardin.com*
LANCE C. CIDRE (CSB No. 287906)
*lcidre@schiffhardin.com*
One Market Plaza, Spear Street Tower
Thirty-Second Floor
San Francisco, CA  94105
Telephone:    (415) 901-8700
Facsimile:    (415) 901-8701

Attorneys for Defendants
WYNDHAM VACATION RESORTS, INC. and
WYNDHAM VACATION OWNERSHIP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT KISSLING,<br><br>       Plaintiff,<br><br>v.<br><br>WYNDHAM VACATION RESORTS, INC., WYNDHAM VACATION OWNERSHIP, INC., and DOES 1 THROUGH 25, inclusive,<br><br>       Defendants. | Case No.  3:15-cv-04004-~~EDL~~ EMC<br><br>**STIPULATION AND [PR~~OPOS~~ED] ORDER EXTENDING DEFENDANTS' TIME TO ANSWER COMPLAINT AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

Defendants Wyndham Vacation Resorts, Inc. and Wyndham Vacation Ownership, Inc. ("Defendants") and Plaintiff Albert Kissling ("Plaintiff") (collectively, the "Parties") hereby stipulate and agree to the following:

WHEREAS, on November 18, 2015, this Court granted Defendants' partial motion to dismiss, which makes Defendants' Answer to Plaintiff's First Amended Complaint due on or before December 2, 2015;

WHEREAS, the Parties are scheduled to appear before this Court for an initial case management conference on December 17, 2015, which makes the Parties' joint case management statement due on or before December 10, 2015;

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 1 -    Case No. 3:15-cv-04004-EDL
STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO ANSWER COMPLAINT AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES

1     WHEREAS, the Parties desire an opportunity to resolve this case through mediation and
2  have scheduled a mediation session to take place on December 7, 2015;

3     WHEREAS, the Parties believe that the interests of justice will best be served by a short
4  extension of Defendants' time to answer the First Amended Complaint, as well as a brief
5  continuance of the initial case management conference, to dates following the planned mediation
6  so as to allow the Parties an opportunity to fully and meaningfully participate in mediation
7  without expending unnecessary time and financial resources on litigation in the interim;

8     WHEREAS, the Parties believe that good cause exists to grant the requested extension
9  and continue the initial case management conference and its related deadlines because doing so
10 will conserve both the Court's and the Parties' resources by briefly postponing further activity in
11 the litigation until the Parties have had an opportunity to complete mediation;

12    WHEREAS, the Parties have met and conferred and agreed to extend Defendants' time to
13 answer Plaintiff's First Amended Complaint by two weeks to December 16, 2015;

14    WHEREAS, the Parties have met and conferred and agreed to continue the December 17,
15 2015 initial case management conference for three weeks to January 7, 2016, or to a later date
16 based on the convenience of the Court;

17    WHEREAS, the Parties have not previously sought a continuance of the initial case
18 management conference and do not believe that the proposed continuance will affect any current
19 Court deadlines in this matter or prejudice any of the parties to this action.

20    IT IS HEREBY STIPULATED AND AGREED THAT:

21    1.   Defendants' Answer to Plaintiff's First Amended Complaint shall be due on or
22 before December 16, 2015;

23    2.   The initial case management conference currently set for December 17, 2015 will
24 be continued for three weeks to January 7, 2016, or to a later date based on the convenience of the
25 Court, and that those deadlines flowing from the date of the initial case management conference
26 shall be reset accordingly.

27 ///
28 ///

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -   Case No. 3:15-cv-04004-EDL
STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO ANSWER COMPLAINT
AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES

| | |
|---|---|
| Dated:  November 24, 2015 | Respectfully submitted, |
| | SCHIFF HARDIN LLP |
| | |
| | By: */s/ Lance C. Cidre* |
| | Sarah D. Youngblood |
| | Lance C. Cidre |
| | Attorneys for Defendants |
| | WYNDHAM VACATION RESORTS, INC. and WYNDHAM VACATION OWNERSHIP, INC. |
| Dated:  November 24, 2015 | CALIFORNIA CIVIL RIGHTS LAW GROUP |
| | |
| | By: */s/ Julianne K. Schwarz* |
| | Lawrence A. Organ |
| | Navruz Avloni |
| | Julianne K. Schwarz |
| | Attorneys for Plaintiff |
| | ALBERT KISSLING |

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, the Court hereby orders as follows:

1. Defendants' Answer to Plaintiff's First Amended Complaint shall be filed on or before December 16, 2015;

2. The initial case management conference is continued to January 14, 2016, _____, at 9:30 a.m in Courtroom 5 of the above-entitled Court. The parties' joint case management statement shall be filed on or before January 7, 2016. All other deadlines flowing from the date of the initial case management conference shall be reset accordingly.

IT IS SO ORDERED.

Date:  11/25/15  _____

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

- 3 -

Case No. 3:15-cv-04004-EDL
STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO ANSWER COMPLAINT AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO