LAWRENCE A. ORGAN (SBN 175503)
larry@civilrightsca.com
NAVRUZ AVLONI (SBN 279556)
navruz@civilrightsca.com
JULIANNE K. SCHWARZ (SBN 290001)
julianne@civilrightsca.com
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
**Law Offices of Lawrence A. Organ**
407 San Anselmo Avenue, Suite 201
San Anselmo, CA 94960
Telephone: (415) 453-4740
Fax: (415) 785-7352

Attorneys for Plaintiff
ALBERT KISSLING

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| ALBERT KISSLING,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>WYNDHAM VACATION RESORTS, INC., WYNDHAM VACATION OWNERSHIP, INC., and DOES 1 THROUGH 25, inclusive,<br><br>　　　　　　　　Defendants. | CASE NO: 15-cv-04004-EMC<br><br>*Assigned for All Purposes to Honorable Edward M. Chen*<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

　　　Please take notice that the parties have reached a settlement in this action on December 7, 2015. The parties expect that a joint stipulation for dismissal will be filed within 35 days of today in accordance with the terms of the parties' agreement.

The next hearing scheduled is the initial case management conference set for January 14, 2016.

DATED: December 9, 2015                    CALIFORNIA CIVIL RIGHTS LAW GROUP


                                           _____/s/ Julianne K. Schwarz_____
                                           LAWRENCE A. ORGAN
                                           NAVRUZ AVLONI
                                           JULIANNE K. SCHWARZ
                                           Attorneys for Plaintiff ALBERT KISSLING