LAWRENCE A. ORGAN (SBN 175503)
larry@civilrightsca.com
NAVRUZ AVLONI (SBN 279556)
navruz@civilrightsca.com
JULIANNE K. SCHWARZ (SBN 290001)
julianne@civilrightsca.com
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
**Law Offices of Lawrence A. Organ**
407 San Anselmo Avenue, Suite 201
San Anselmo, CA 94960
Telephone: (415) 453-4740
Fax: (415) 785-7352

Attorneys for Plaintiff
ALBERT KISSLING

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| ALBERT KISSLING,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>WYNDHAM VACATION RESORTS, INC., WYNDHAM VACATION OWNERSHIP, INC., and DOES 1 THROUGH 25, inclusive,<br><br>　　　　　　　Defendants. | CASE NO: 15-cv-04004-EMC<br><br>*Assigned for All Purposes to Honorable Edward M. Chen*<br><br>**JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

**Stipulated Dismissal**

It is hereby stipulated and agreed that this case is dismissed with prejudice. Each side is to bear its own costs and attorneys' fees.

Respectfully submitted,

DATED: January 7, 2016                    CALIFORNIA CIVIL RIGHTS LAW GROUP

/s/
LAWRENCE A. ORGAN
NAVRUZ AVLONI
JULIANNE K. SCHWARZ
Attorneys for Plaintiff ALBERT KISSLING

DATED: January 7, 2016                    SCHIFF HARDIN LLP

/s/
SARAH D. YOUNGBLOOD
LANCE C. CIDRE
Attorneys for Defendants WYNDHAM VACATION RESORTS, INC. and WYNDHAM VACATION OWNERSHIP, INC.

IT IS SO ORDERED.

DATED: January 7, 2016

IT IS SO ORDERED
Judge Edward M. Chen

-2-

JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))